IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CALNSHIRE ESTATES, LLC,<br><br>　　　　　Debtor. | Case No.: 17-14457-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee for Calnshire Estates, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>　　　　　Defendant. | Adv. No.: 19-00138-ELF |
| In re:<br><br>STEEPLE RUN, L.P.,<br><br>　　　　　Debtor. | Case No.: 17-14458-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee of Steeple Run, LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>　　　　　Defendant. | Adv. No. 19-00139-ELF |

**NOTICE OF MOTION OF BONNIE FINKEL, CHAPTER 7 TRUSTEE, TO APPROVE
SETTLEMENT AGREEMENT WITH PRUDENTIAL SAVINGS BANK**

Bonnie Finkel, Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estates of Calnshire

Estates, LLC ("Calnshire") and Steeple Run, L.P. ("Steeple," and together with Calnshire, the

"Debtors"), through undersigned counsel, has filed a *Motion to Approve Settlement Agreement With Prudential Savings Bank* (the "Motion") in the above-captioned matter.

1. **YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney).**

2. **If you do not want the Court to grant the Motion** or if you want the court to consider your views on the Motion, then on or before **Monday, January 4, 2021, you or your attorney must file a response to the Motion** (see instructions on the next page).

3. **A hearing on the Motion** is scheduled to be held before the Honorable Eric L. Frank on **Wednesday, January 13, 2021**, at **10:00 a.m. (ET)**, **at the United States Bankruptcy Court, 900 Market Street, Courtroom No. 1, Philadelphia, PA 19107**.

4. **If you do not file a response to the Motion**, the Court may cancel the hearing and enter an order granting the Motion.

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out if the scheduled hearing on this matter has been cancelled.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named below.

### Filing Insructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

Office of the Clerk of Court
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

Gary D. Bressler, Esquire
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103

Dated: December 14, 2020
          **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

          */s/ Gary D. Bressler*
          Gary D. Bressler, Esq. ID - 35224
          1617 John F. Kennedy Blvd
          Suite 1500
          Philadelphia, PA  19103
          Telephone:  (215) 557-2900
          Facsimile:   (215) 557-2990
          E-Mail:   gbressler@mdmc-law.com

          *Attorneys for Bonnie Finkel, Trustee of the Bankruptcy Estates of Calnshire Estates, LLC and Steeple Run L.P.*