# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CALNSHIRE ESTATES, LLC,<br><br>                Debtor. | Case No.: 17-14457-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee for Calnshire Estates, LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>                Defendant. | Adv. No.: 19-00138-ELF |
| In re:<br><br>STEEPLE RUN, L.P.,<br><br>                Debtor. | Case No.:  17-14458-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacityas Chapter 7 Trustee of Steeple Run, LP,<br><br>                Plaintiff,<br><br>                v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>                Defendant. | Adv. No. 19-00139-ELF |

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH PRUDENTIAL BANK

Upon the motion (the "Motion") of Bonnie B. Finkel, as Chapter 7 Trustee of the bankruptcy estates of Calnshire Estates, LLC ("Calnshire") and Steeple Run, L.P. ("Steeple," and

together with Calnshire, the "Debtors") in the above-captioned chapter 7 cases, for the entry of an order, pursuant to section 105(a) of the Bankruptcy Code and rule 9019 of the Bankruptcy Rules approving the Settlement Agreement between the Trustee, individually, and on behalf of the Bankruptcy Estates of Calnshire and Steeple, and Prudential (the "Parties"); and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their respective creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of these proceedings and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and no other or further notice need be given; upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety;

2. The Parties are authorized to enter into and take all actions necessary to carry out the terms of the Settlement Agreement;

3. The Settlement Agreement is fair, reasonable, and entered into in good faith by the Parties;

4. The Settlement Agreement between the Parties is approved and shall become effective automatically and without further notice.

5. Notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall be immediately effective upon entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement, interpretation, and implementation of this Order and the Stipulation.

BY THE COURT:

Dated:_____  _____
Honorable Eric L. Frank
United States Bankruptcy Judge