# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CALNSHIRE ESTATES, LLC,<br><br>　　　　　Debtor. | Case No.: 17-14457-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee for Calnshire Estates, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>　　　　　Defendant. | Adv. No.: 19-00138-ELF |
| In re:<br><br>STEEPLE RUN, L.P.,<br><br>　　　　　Debtor. | Case No.: 17-14458-ELF<br><br>Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee of Steeple Run, LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRUDENTIAL SAVINGS BANK,<br><br>　　　　　Defendant. | Adv. No. 19-00139-ELF |

## **CERTIFICATE OF SERVICE**

I, Gary D. Bressler, Esquire, am an attorney of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC"), attorneys for Bonnie Finkel, Trustee of the Estate of Calnshire Estates, LLC and Steeple Run, L.P.

On December 11, 2020, I caused to be electronically filed *The Chapter 7 Trustee's Motion to Approve Settlement Agreement With Prudential Saving Bank* (the "Motion")*,* and a *Notice of Hearing* on same, and thereby served upon all parties in interest in this bankruptcy proceeding by means of the Court's Electronic Filing System, in accordance with the electronic filing rules of the Bankruptcy Court for the Eastern District of Pennsylvania.  In addition to serving the Motion and Notice via U.S. First Class mail on the parties listed on the attached Service List, the following parties were served via Electronic Mail:

>Edmond M. George, Esquire
>Nicholas Poduslenko, Esquire
>Michael D. Vagnoni, Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>edmond.george@obermayer.com
>Nicholas.poduslenko@obermayer.com
>Michael.vagnoni@obermayer.com
>
>Robert M. Greenbaum, Esquire
>David B. Smith, Esquire
>Smith Kane Holman, LLC
>rgreenbaum@skhlaw.com
>dsmith@skhlaw.com
>
>Office of the United States Trustee for the Eastern District of Pennsylvania
>David P. Adams, Esquire
>dave.p.adams@usdoj.gov

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated:  December 14, 2020 | */s/ Gary D. Bressler* |
|  | Gary D. Bressler, Esq. |
|  | 1617 John F. Kennedy Blvd., Suite 1500 |
|  | Philadelphia, PA 19103 |
|  | Phone: (215) 557-2900 |
|  | Facsimile: (215) 557-2971 |
|  | E-mail: gbressler@mdmc-law.com |
|  | *Attorneys for Bonnie Finkel, Trustee of the Bankruptcy Estates of Calnshire Estates, LLC and Steeple Run L.P.* |

## Service List

| | |
|---|---|
| Calnshire Estates, LLC<br>One South State Street<br>Newtown, PA  18940-3567 | Commonwealth of Pennsylvania<br>Dept. of Revenue<br>Bankruptcy Division<br>Bureau of Compliance<br>PO Box 280946<br>Harrisburg, PA  17128-0946 |
| Witts Law, LLC<br>Two Logan Square, 12th Floor<br>18th & Arch Streets<br>Philadelphia, PA  19103-2760 | Prudential Savings Bank<br>c/o Michael D. Vagnoni, Esq.<br>Obermeyer Rebmann Maxwell & Hippel, LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA  19102-2100 |
| Stradley Ronon Stevens & Young, LLP<br>c/o Michael Cordone, Esq.<br>2600 One Commerce Square<br>Philadelphia, PA  19103-7018 | Tri Corner Communities, LLC<br>2534 North Third Street<br>Harrisburg, PA  17110-1946 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA  19106-2908 | Allan A. Myers, LP<br>1805 Berks Road<br>PO Box 98<br>Worcester, PA  19490-0098 |
| The Honorable Eric L. Frank<br>The United States Bankruptcy Court<br>for the Eastern District of Pennsylvania<br>Robert N.C. Nix, Sr. Federal Courthouse<br>900 Market Street, Suite 400<br>Philadelphia, PA  19107 | Aris J. Karalis, Esq.<br>Karalis PC<br>Island View Crossing II, LP<br>1900 Spruce Street<br>Philadelphia, PA  19103-6605 |
| Chester County Tax Claim Bureau<br>2 North High Street, Suite 116<br>West Chester, PA  19380-3025 | Commonwealth of Pennsylvania<br>c/o Christopher R. Momjian<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107-3604 |
| Dave P. Adams, Esq.<br>Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107-4405 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |

| | |
|---|---|
| John S. Kundrat, Esq.<br>Kundrat & Associates<br>107 Boas Street<br>Harrisburg, PA  17102-3305 | Lexon Insurance Company<br>c/o Lee Woodard, Esq.<br>333 West Washington Street, Suite 200<br>Syracuse, NY  13202-9204 |
| Lexon Surety Group<br>12890 Lebanon Road<br>Mount Juliet, TN  37122-2870 | Prudential Savings Bank<br>1834 W. Oregon Avenue<br>Philadelphia, PA  19145-4725 |
| Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA  19103-7098 | Tim Teare<br>611 Fox Trail Road<br>Parkesburg, PA  19365-2168 |
| Tri Corner Communities, LLC<br>c/o John Gagliardi, Esq.<br>Wetzel Gagliardi Fetter & Lavin, LLC<br>101 E. Evans Street, Suite A<br>West Chester, PA  19380-2600 | Tri-State Insulation<br>7900 Radcliffe Street<br>Bldg. 105<br>Bristol, PA  19007-5900 |
| West Caln Township<br>721 West Kings Highway<br>PO Box 175<br>Wagontown, PA  19376-0175 | Bucks County Tax Claim Bureau<br>c/o John Torrente, Esq.<br>Administration Bldg., 3rd Floor<br>55 East Court Street<br>Doylestown, PA  18901-4318 |
| Renato J. Gualtieri<br>1628 Carlene Court<br>Langhorne, PA  19047-2303 | |